# United States Court of Federal Claims

No. 21-1150

Filed: May 28, 2021

|  |  |
|---|---|
| LAURA LEE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**ORDER**

On April 1, 2021, plaintiff Laura Lee Miller, proceeding *pro se*, filed a complaint with this Court, seeking review of an unspecified case in which a jury denied her "disabilities and incapabilities [sic]." *See* Complaint at 1, ECF No. 1. In her Complaint, plaintiff avers that she suffers from multiple medical conditions and that her "main concern" is being unable to find employment due to her disabilities. *Id*. at 1–2.

This Court's authority to hear cases is primarily set forth by the Tucker Act, which grants the Court of Federal Claims subject-matter jurisdiction over claims brought against the United States that are grounded on a money-mandating source of law and do not sound in tort. 28 U.S.C. § 1491(a)(1). Rule 12(h)(3) of the Rules of the Court of Federal Claims ("RCFC") states that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." In the present case, plaintiff appears to seek review of a jury trial — which is, in essence, an appeal. While the Court sympathizes with plaintiff's hardships, it is well settled that this Court has no jurisdiction to entertain appeals of jury trials at large. *See Mora v. United States*, 118 Fed. Cl. 713, 716 (2014) (The Court of Federal Claims "does not have jurisdiction to review the decisions of state courts . . . [and] federal district courts[.]"). Accordingly, upon *sua sponte* review, this Court finds that plaintiff's allegations do not give rise to any cause of action for which this Court has subject-matter jurisdiction. As such, this Court has no authority to decide plaintiff's case and therefore must dismiss the Complaint pursuant to RCFC 12(h)(3).

For the reasons set forth above, plaintiff's Complaint is **DISMISSED**, *sua sponte*, pursuant to RCFC 12(h)(3). Consequently, defendant's Motion to Dismiss is hereby **FOUND MOOT**. The Clerk of Court is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

*Loren A. Smith*

Loren A. Smith
Senior Judge